IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| TYSHAWN BRYANT, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 1:24cv473-MHT |
| | ) | (WO) |
| HOUSTON COUNTY JAIL, | ) | |
| | ) | |
|     Defendant. | ) | |

OPINION

Plaintiff, who is incarcerated, filed this lawsuit complaining about denial of access to a law library and other conditions of confinement at the Houston County Jail.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted to the extent that dismissal is premised on plaintiff's failure to comply with the court's order to file an amended complaint in accordance with the court's instructions.  The court

declines to the adopt the recommendation to the extent dismissal is based on the naming of an improper defendant.

An appropriate judgment will be entered.

DONE, this the 30th day of October, 2024.

                                                /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE