IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
TYSHAWN BRYANT,              )
                             )
    Plaintiff,               )
                             )     CIVIL ACTION NO.
    v.                       )       1:24cv473-MHT
                             )           (WO)
HOUSTON COUNTY JAIL,         )
                             )
    Defendant.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 9) is adopted to the extent set forth in the opinion entered today.

(2) This lawsuit is dismissed without prejudice for failure to comply with the court's order to file an amended complaint.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of October, 2024.

                                                   /s/ Myron H. Thompson
                                             UNITED STATES DISTRICT JUDGE